```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.H., *et al.*,

                Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

**ORDER**

25-CV-6061 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Pursuant to the Court's August 21, 2025 Order, ECF No. 17, Defendant was directed to respond to the Complaint by October 20, 2025. To date, no response has been filed on the docket. The Court *sua sponte* extends the deadline to submit a response to the Complaint to **October 30, 2025**.

**SO ORDERED.**

Dated: October 21, 2025
       New York, New York

                                                 Henry J. Ricardo
                                                 United States Magistrate Judge